OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

RE:   Bell Communications Research, Inc. v. Fore Systems Inc.
       CA 98-586 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date,* the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## **Redacted Version of Docket Sheet**

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00586-JJF
## Internal Use Only

Bell Communications v. Fore Systems Inc.
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 10/14/1998
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Bell Communications Research, Inc.**          represented by **Richard K. Herrmann**
                                                Morris, James, Hitchens & Williams
                                                222 Delaware Avenue, 10th Floor
                                                P.O. Box 2306
                                                Wilmington, DE 19899-2306
                                                (302) 888-6800
                                                Email: rherrmann@morrisjames.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fore Systems Inc.**                            represented by **Joanne Ceballos**
                                                Balick & Balick
                                                711 North King Street
                                                Wilmington, DE 19801-3503
                                                (302) 658-4265
                                                Email: jceballos@balick.com
                                                *TERMINATED: 11/06/1998*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

        **William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Fore Systems Inc.**     represented by **Joanne Ceballos**
    (See above for address)
    *TERMINATED: 11/06/1998*
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **William J. Marsden, Jr.**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Bell Communications Research, Inc.**     represented by **Richard K. Herrmann**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/1999 | 146 | OPENING MARKMAN BRIEF by Fore Systems Inc. (SEALED) (maw) (Entered: 09/03/1999) |
| 09/03/1999 | 147 | Appendix to Brief Filed by Fore Systems Inc. Appending [146-1] brief (SEALED) (maw) (Entered: 09/03/1999) |

| | | |
|---|---|---|
| 09/09/1999 | 153 | OPPOSITION MARKMAN BRIEF by Fore Systems Inc. (SEALED) (sm) (Entered: 09/14/1999) |
| 09/27/1999 | 167 | MEMORANDUM OF POINTS AND AUTHORITIES Filed by Fore Systems Inc. [166-1] cross motion to Strike Bellcore's Claim For Infringement of the '080 Patent - Answer Brief due 10/12/99, [166-2] cross motion Preclude Bellcore From Introducing Evidence to Rebut Fore's Defenses as to the '080 Patent - Answer Brief due 10/12/99 (SEALED) (sm) (Entered: 09/29/1999) |
| 09/27/1999 | 168 | Appendix to Brief Filed by Fore Systems Inc. Appending [167-1] opening brief (SEALED) (sm) (Entered: 09/29/1999) |
| 09/27/1999 | 169 | OPPOSITION Filed by Fore Systems Inc. [160-1] motion to Extend Discovery Period - Reply Brief due 10/4/99, [160-2] motion Compel Production of Documents - Reply Brief due 10/4/99 (SEALED) (sm) (Entered: 09/29/1999) |
| 09/27/1999 | 170 | Appendix to Brief (Volume 1 of 2) Filed by Fore Systems Inc. Appending [169-1] answer brief (SEALED) (sm) (Entered: 09/29/1999) |
| 09/27/1999 | 171 | Appendix to Brief (Volume 2 of 2) Filed by Fore Systems Inc. Appending [169-1] answer brief (SEALED) (sm) (Entered: 09/29/1999) |
| 10/12/1999 | 176 | MEMORANDUM OF OPPOSITION Filed by Bell Communications [166-1] cross motion to Strike Bellcore's Claim For Infringement of the '080 Patent - Reply Brief due 10/19/99, [166-2] cross motion Preclude Bellcore From Introducing Evidence to Rebut Fore's Defenses as to the '080 Patent - Reply Brief due 10/19/99 (SEALED) (sm) (Entered: 10/13/1999) |
| 10/12/1999 | 177 | Appendix to Brief Filed by Bell Communications Appending [176-1] answer brief (SEALED) (sm) (Entered: 10/13/1999) |
| 10/19/1999 | 183 | REPLY Filed by Fore Systems Inc. [166-1] cross motion to Strike Bellcore's Claim For Infringement of the '080 Patent, [166-2] cross motion Preclude Bellcore From Introducing Evidence to Rebut Fore's Defenses as to the '080 Patent (SEALED) (sm) (Entered: 10/21/1999) |
| 10/19/1999 | 184 | Appendix to Brief Filed by Fore Systems Inc. Appending [183-1] reply brief (SEALED) (sm) (Entered: 10/21/1999) |
| 01/28/2000 | 199 | BRIEF IN SUPPORT Filed by Bell Communications [198-1] motion for Summary Judgment On Counts II, III, IV, V, and VI of Dft's Counterclaims (SEALED) (sm) (Entered: 01/31/2000) |

| | | |
|---|---|---|
| 01/28/2000 | 201 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [200-1] motion for Summary Judgment of Unenforceability Due to Inequitable Conduct RE Bellcore's '306 Patent (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 203 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [202-1] motion for Summary Judgment of Non-Infringement of Pltf's '306 Patent (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 205 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [204-1] motion for Summary Judgment of Non-Infringement of Pltf's '080 Patent (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 207 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [206-1] motion for Summary Judgment of Invalidity of Pltf's '306 Patent (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 209 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [208-1] motion for Summary Judgment of Invalidity of the '080 Patent For Failure to Disclose the Best Mode (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 211 | MEMORANDUM IN SUPPORT Filed by Fore Systems Inc. [210-1] motion for Summary Judgment of Non-Infringement of Pltf's '768 Patent (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 212 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 1 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 213 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 2 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 214 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 3 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 215 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 4 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 216 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 5 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/28/2000 | 217 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 6 of 8) (SEALED) (sm) (Entered: 01/31/2000) |

| 01/28/2000 | 218 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 7 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
|---|---|---|
| 01/28/2000 | 219 | Declaration of William J. Marsden, Jr. in Support of Dft's Motions For Summary Adjudication (Volume 8 of 8) (SEALED) (sm) (Entered: 01/31/2000) |
| 01/31/2000 | 220 | Letter to the Clerk of the Court dated 1/31/00 by William J. Marsden, Jr., Esq. (SEALED) (sm) (Entered: 02/02/2000) |
| 02/18/2000 | 231 | OPPOSITION BRIEF Filed by Bell Communications [210-1] motion for Summary Judgment of Non-Infringement of Pltf's '768 Patent - Reply Brief due 2/25/00 (SEALED) (sm) (Entered: 02/18/2000) |
| 02/18/2000 | 232 | OPPOSITION BRIEF Filed by Bell Communications [206-1] motion for Summary Judgment of Invalidity of Pltf's '306 Patent - Reply Brief due 2/25/00 (SEALED) (sm) (Entered: 02/18/2000) |
| 02/18/2000 | 233 | OPPOSITION BRIEF Filed by Bell Communications [202-1] motion for Summary Judgment of Non-Infringement of Pltf's '306 Patent - Reply Brief due 2/25/00 (SEALED) (sm) (Entered: 02/18/2000) |
| 02/18/2000 | 234 | OPPOSITION BRIEF Filed by Bell Communications [204-1] motion for Summary Judgment of Non-Infringement of Pltf's '080 Patent - Reply Brief due 2/25/00 (SEALED) (sm) (Entered: 02/18/2000) |
| 03/10/2000 | 243 | OPPOSITION Filed by Fore Systems Inc. [239-1] motion to Strike [204-1] motion for Summary Judgment of Non-Infringement of Pltf's '080 Patent - Reply Brief due 3/17/00 (SEALED) (sm) (Entered: 03/13/2000 |
| 03/10/2000 | 244 | REPLY Filed by Fore Systems Inc. [210-1] motion for Summary Judgment of Non-Infringement of Pltf's '768 Patent (SEALED) (sm) (Entered: 03/13/2000) |
| 03/10/2000 | 245 | REPLY Filed by Fore Systems Inc. [206-1] motion for Summary Judgment of Invalidity of Pltf's '306 Patent (SEALED) (sm) (Entered: 03/13/2000) |
| 03/10/2000 | 246 | REPLY Filed by Fore Systems Inc. [204-1] motion for Summary Judgment of Non-Infringement of Pltf's '080 Patent (SEALED) (sm) (Entered: 03/13/2000) |
| 03/10/2000 | 247 | REPLY Filed by Fore Systems Inc. [202-1] motion for Summary Judgment of Non-Infringement of Pltf's '306 Patent (SEALED) (sm) (Entered: 03/13/2000) |

| 03/10/2000 | 248 | REPLY Filed by Fore Systems Inc. [200-1] motion for Summary Judgment of Unenforceability Due to Inequitable Conduct RE Bellcore's '306 Patent (SEALED) (sm) Modified on 03/13/2000 (Entered: 03/13/2000) |
|---|---|---|
| 03/10/2000 | 249 | REPLY Filed by Fore Systems Inc. [208-1] motion for Summary Judgment of Invalidity of the '080 Patent For Failure to Disclose the Best Mode (SEALED) (sm) (Entered: 03/13/2000) |
| 03/16/2000 | 252 | SUPPLEMENTAL MEMORANDUM In Support of its Claim Construction by Bell Communications (SEALED) (sm) (Entered: 03/21/2000) |
| 03/16/2000 | 253 | SUPPLEMENTAL Markman Brief by Fore Systems Inc. (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 254 | REPLY IN SUPPORT Filed by Bell Communications [224-1] motion to Strike [200-1] motion for Summary Judgment of Unenforceability Due to Inequitable Conduct RE Bellcore's '306 Patent (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 255 | REPLY Filed by Bell Communications [239-1] motion to Strike [204-1] motion for Summary Judgment of Non-Infringement of Pltf's '080 Patent (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 256 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Noninfringement of Bellcore's '080 Patent Answer Brief due 3/31/00 re: [256-1] motion (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 257 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Noninfringement of Bellcore's '306 Patent Answer Brief due 3/31/00 re: [257-1] motion (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 258 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Invalidity of Bellcore's '306 Patent Answer Brief due 3/31/00 re: [258-1] motion (SEALED) (sm) (Entered: 03/21/2000) |
| 03/17/2000 | 259 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Unenforceability Due to Inequitable Conduct Regarding Bellcore's '306 Patent Answer Brief due 3/31/00 re: [259-1] motion (SEALED) (sm) (Entered: 03/21/2000) |

| 03/17/2000 | 260 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Noninfringement of Bellcore's '768 Patent Answer Brief due 3/31/00 re: [260-1] motion (SEALED) (sm) (Entered: 03/21/2000) |
|---|---|---|
| 03/20/2000 | 261 | MOTION by Bell Communications for Leave to File Surreply in Opposition to Fore's Motion For Summary Judgment of Invalidity of Bellcore's '080 Patent Answer Brief due 4/3/00 re: [261-1] motion (SEALED) (sm) (Entered: 03/21/2000) |
| 04/04/2000 | 273 | MOTION by Bell Communications To Sequence The Order Of Trials Answer Brief due 4/18/00 re: [273-1] motion (SEALED) (sm) (Entered: 04/07/2000) |
| 04/04/2000 | 274 | OPENING BRIEF Filed by Bell Communications [273-1] motion To Sequence The Order Of Trials (SEALED) (sm) (Entered: 04/07/2000) |
| 04/04/2000 | 275 | Appendix to Brief Filed by Bell Communications Appending [274-1] opening brief (SEALED) (sm) (Entered: 04/07/2000) |
| 04/10/2000 | 281 | OPENING BRIEF Filed by Bell Communications [280-1] motion in Limine to Exclude Evidence (SEALED) (sm) (Entered: 04/12/2000) |
| 04/10/2000 | 282 | Appendix to Brief Filed by Bell Communications Appending [281-1] opening brief (SEALED) (sm) (Entered: 04/12/2000) |
| 04/17/2000 | 289 | MOTION by Fore Systems Inc. in Limine 3 of 7 RE: Limit Bellcore's Allegations of Infringement to Products Analyzed In Bellcore's Claim Charts Answer Brief due 5/1/00 re: [289-1] motion (SEALED) (sm) Modified on 04/18/2000 (Entered: 04/18/2000) |
| 04/17/2000 | 290 | MOTION by Fore Systems Inc. in Limine 4 of 7 RE: Expert Testimony on Willful Infringement Answer Brief due 5/1/00 re: [290-1] motion (SEALED) (sm) Modified on 04/18/2000 (Entered: 04/18/2000) |
| 04/17/2000 | 291 | MOTION by Fore Systems Inc. in Limine 5 of 7 RE: References to Exclude Inadvertently Produced Marginalia Answer Brief due 5/1/00 re: [291-1] motion (SEALED) (sm) Modified on 04/18/2000 (Entered: 04/18/2000) |
| 04/17/2000 | 293 | Declaration of J. Andrew Huffman in Support of Dft's Motions in Limine (SEALED) (sm) (Entered: 04/18/2000) |
| 04/18/2000 | 298 | CORRECTED MOTION by Fore Systems Inc. in Limine 3 of 6 RE: Limiting Bellcore's Allegations of Infringement to Products Analyzed in Bellcore's Claim Charts re: [298-1] motion (SEALED) (sm) (Entered: 04/18/2000) |

| 04/18/2000 | 299 | CORRECTED MOTION by Fore Systems Inc. in Limine 4 of 6 RE: Expert Testimony on Willful Infringement re: [299-1] motion (SEALED) (sm) (Entered: 04/18/2000) |
|---|---|---|
| 04/18/2000 | 300 | CORRECTED MOTION by Fore Systems Inc. in Limine 5 of 6 RE: Excluding References to Inadvertently Produced Marginalia re: [300-1] motion (SEALED) (sm) (Entered: 04/18/2000) |
| 04/18/2000 | 302 | Corrected Declaration of J. Andrew Huffman in Support of Fore's Motions In Limine (SEALED) (sm) (Entered: 04/18/2000) |
| 04/19/2000 | 305 | PARTIAL OPPOSITION Filed by Fore Systems Inc. [273-1] motion To Sequence The Order Of Trials - Reply Brief due 4/26/00 (SEALED) (sm) (Entered: 04/27/2000) |
| 04/19/2000 | 306 | Declaration of J. Andrew Huffman RE: Bellcore's Motion to Sequence the Order of Trials (SEALED) (sm) (Entered: 04/27/2000) |
| 04/20/2000 | 308 | OPENING BRIEF Filed by Bell Communications [307-1] motion in Limine To Exclude Evidence (SEALED) (sm) (Entered: 04/28/2000) |
| 04/27/2000 | 311 | OPPOSITION Filed by Fore Systems Inc. [280-1] motion in Limine to Exclude Evidence - Reply Brief due 5/4/00 (SEALED) (sm) (Entered: 05/02/2000) |
| 04/27/2000 | 312 | Declaration of William J. Marsden, Jr., Esq. in Support of Fore's Opposition to Bellcore's First Motion in Limine to Exclude Evidence (SEALED) (sm) (Entered: 05/02/2000) |
| 05/01/2000 | 315 | OPPOSITION Filed by Bell Communications [298-1] motion in Limine 3 of 6 RE: Limiting Bellcore's Allegations of Infringement to Products Analyzed in Bellcore's Claim Charts - Reply Brief due 5/8/00 (SEALED) (sm) (Entered: 05/03/2000) |
| 05/01/2000 | 317 | OPPOSITION Filed by Bell Communications [300-1] motion in Limine 5 of 6 RE: Excluding References to Inadvertently Produced Marginalia - Reply Brief due 5/8/00 (SEALED) (sm) (Entered: 05/03/2000) |
| 05/01/2000 | 318 | OPPOSITION Filed by Bell Communications [301-1] motion in Limine 6 of 6 RE: Dropped Counterclaims - Reply Brief due 5/8/00 (SEALED) (sm) (Entered: 05/03/2000) |
| 05/03/2000 | 322 | REPLY IN SUPPORT Filed by Bell Communications [280-1] motion in Limine to Exclude Evidence (SEALED) (sm) (Entered: 05/08/2000) |
| 05/04/2000 | 324 | OPPOSITION Filed by Fore Systems Inc. [307-1] motion in Limine To Exclude Evidence - Reply Brief due 5/11/00 (SEALED) (sm) (Entered: 05/09/2000) |

| 05/04/2000 | 325 | Declaration of William J. Marsden, Jr. in Support of Fore's Opposition to Bellcore's Second Motion in Limine to Exclude Evidence (SEALED) (sm) (Entered: 05/09/2000) |
|---|---|---|
| 05/08/2000 | 328 | REPLY Filed by Fore Systems Inc. [298-1] motion in Limine 3 of 6 RE: Limiting Bellcore's Allegations of Infringement to Products Analyzed in Bellcore's Claim Charts (SEALED) (sm) (Entered: 05/11/2000) |
| 05/08/2000 | 329 | REPLY Filed by Fore Systems Inc. [299-1] motion in Limine 4 of 6 RE: Expert Testimony on Willful Infringement (SEALED) (sm) (Entered: 05/11/2000) |
| 05/08/2000 | 330 | REPLY Filed by Fore Systems Inc. [300-1] motion in Limine 5 of 6 RE: Excluding References to Inadvertently Produced Marginalia (SEALED) (sm) (Entered: 05/11/2000) |
| 05/08/2000 | 332 | Declaration of J. Andrew Huffman in Support of Fore's Replies to Bellcore's Oppositions to Fore's Motions in Limine (SEALED) (sm) (Entered: 05/11/2000) |
| 05/11/2000 | 333 | REPLY IN SUPPORT Filed by Bell Communications [307-1] motion in Limine To Exclude Evidence (SEALED) (sm) (Entered: 05/12/2000) |
| 08/25/2000 | 351 | MOTION by Bell Communications for Leave to File Motions in Limine to Exclude (1) Certain Evidence of Invalidity; and (2) Untimely Evidence of Advice of Counsel Answer Brief due 9/8/00 re: [351-1] motion (SEALED) (sm) (Entered: 08/28/2000) |
| 08/25/2000 | 353 | MEMORANDUM IN SUPPORT Filed by Bell Communications [352-1] motion in Limine to Exclude Certain Evidence of Invalidity (SEALED) (sm) (Entered: 08/28/2000) |
| 08/25/2000 | 355 | MEMORANDUM IN SUPPORT Filed by Bell Communications [354-1] motion in Limine to Exclude Untimely Evidence of Advice of Counsel (SEALED) (sm) (Entered: 08/28/2000) |
| 08/25/2000 | 356 | EXHIBITS to Memoranda by Bell Communications in support of [354-1] motion in Limine to Exclude Untimely Evidence of Advice of Counsel, [352-1] motion in Limine to Exclude Certain Evidence of Invalidity (SEALED) (sm) (Entered: 08/28/2000) |
| 08/25/2000 | 357 | Proposed joint pre-trial order filed by Bell Communications, Fore Systems Inc. (SEALED) (sm) (Entered: 08/28/2000) |
| 08/28/2000 | 358 | OPPOSITION Filed by Fore Systems Inc. [354-1] motion in Limine to Exclude Untimely Evidence of Advice of Counsel - Reply Brief due 9/5/00 (SEALED) (sm) (Entered: 08/29/2000) |

| | | |
|---|---|---|
| 08/28/2000 | 359 | Declaration of John J. Dials in Support of Fore's Opposition to Bellcore's Motion to Exclude Evidence of Fore's Reliance on Advice of Counsel (SEALED) (sm) (Entered: 08/29/2000) |
| 08/28/2000 | 360 | OPPOSITION Filed by Fore Systems Inc. [352-1] motion in Limine to Exclude Certain Evidence of Invalidity - Reply Brief due 9/5/00 (SEALED) (sm) (Entered: 08/29/2000) |
| 08/28/2000 | 361 | Declaration of William J. Marsden, Jr. in Support of Fore's Opposition to Bellcore's Motion in Limine to Exclude Certain Extrinsic Evidence of Invalidity (SEALED) (sm) (Entered: 08/29/2000) |
| 08/28/2000 | 363 | MOTION by Fore Systems Inc. in Limine RE: Testimony of Kay Magleby Answer Brief due 9/11/00 re: [363-1] motion (SEALED) (sm) (Entered: 08/29/2000) |
| 08/28/2000 | 364 | Declaration of William J. Marsden, Jr. in Support of (i) Fore's Motion in Limine RE: Testimony of Kay Magleby and (ii) Fore's Motion in Limine RE: '306 Patent Invention Date (SEALED) (sm) (Entered: 08/29/2000) |
| 08/28/2000 | 365 | Declaration of William J. Marsden, Jr. in Support of Fore's Opposition to Bellcore's Motion in Limine RE: Fore's Advice of Counsel Defense (SEALED) (sm) (Entered: 08/29/2000) |
| 08/29/2000 | 371 | STIPULATION with proposed order to Sequence the Order of Trials (SEALED) (sm) (Entered: 08/29/2000) |
| 08/31/2000 | 381 | Letter to the Court dated 8/31/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 09/06/2000) |
| 08/31/2000 | 384 | Letter to the Court dated 8/31/00 by Richard K. Herrmann, Esq. (SEALED) (sm) (Entered: 09/06/2000) |
| 08/31/2000 | 386 | Supplemental letter to the Court dated 8/31/00 by William J. Marsden, Jr., Esq. RE: Markman (SEALED) (sm) (Entered: 09/06/2000) |
| 10/20/2000 | 398 | RESPONSE Filed by Bell Communications [395-1] motion to Amend [393-1] Judgment Under Rule 59 - Reply Brief due 10/27/00 (SEALED) (sm) (Entered: 10/23/2000) |
| 10/24/2000 | 399 | SUPPLEMENTAL RESPONSE Filed by Bell Communications [395-1] motion to Amend [393-1] Judgment Under Rule 59 - Reply Brief due 10/31/00 (SEALED) (sm) (Entered: 10/26/2000) |
| 08/01/2003 | 424 | Declaration of William J. Marsden, Jr. in supp. of FORE's Suppl. Markman Brf. on the Term "Empty Payload Field" (DI #423). SEALED (afb) Modified on 08/05/2003 (Entered: 08/05/2003) |

| 12/02/2003 | 449 | Proposed joint pre-trial order filed by Bell Communications, Fore Systems Inc. (SEALED) (afb) Modified on 12/03/2003 (Entered: 12/03/2003) |
|---|---|---|
| | | |