OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/4/05

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

RE:   **Bell Communications v. Fore Systems Inc.**
      CA 98-586 JJF

Dear Counsel:

Pursuant to the Order entered on 7/7/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   176, 177, 199, 231, 232, 233, 234, 252, 254, 255, 256, 257, 258, 259, 260, 261, 273, 274, 275, 281, 282, 308, 315, 317, 318, 322, 333, 351, 353, 355, 356 and 357.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on _____.

_____
Signature