OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/8/05

Richard K. Herrmann
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

RE:   **Bell Communications Research, Inc. v. Fore Systems Inc.**
      CA 98-586 JJF

Dear Counsel:

Pursuant to the Order entered on 7/7/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   381, 384, 398 and 399.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on  8/8/05.

Signature: _____ (PARCKUS)