OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/8/05

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

RE: **Bell Communications Research, Inc. v. Fore Systems Inc.**
CA 98-586 JJF

Dear Counsel:

Pursuant to the Order entered on 7/7/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 357, 386, 424, and 499.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents
on 8/8/05

_____
Signature